IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| OSCAR JACKSON, #1273685 § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-254 |
| § | |
| DOUG DRETKE, DIRECTOR § | |
| OF TDCJ-CID § | |

**ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on July 19, 2005. Petitioner has failed to file his Objections to the Report and Recommendation despite being given ample time to do so.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Oscar Jackson (Instrument No. 1) is **DISMISSED WITHOUT PREJUDICE** for failing to exhaust his state remedies.

**DONE** at Galveston, Texas this 18th day of August, 2005.

Samuel B. Kent
United States District Judge